AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Kimberly Michelle Ferguson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     5:15-3667-RMG |
| Carolyn W. Colvin, Acting Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: The Court reverses the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. §
405(g) and remands the matter to the Commissioner for further proceedings.


This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, adopting the Report and
Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge

Robin L. Blume

Date:   November 29, 2016                    *CLERK OF COURT*


s/Glenda J. Nance

_____
*Signature of Clerk or Deputy Clerk*